FILED
CLERK

3:04 pm, Jun 02, 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PHL VARIABLE INSURANCE COMPANY,

                              Plaintiff,                    **JUDGMENT**
                                                           CV 16-4013 (SJF)(AKT)

          - against -


TOWN OF OYSTER BAY,

                              Defendant.
-------------------------------------------------------------X

        An Opinion and Order of Honorable Sandra J. Feuerstein, United States District Judge,

having been filed on May 30, 2017; granting defendant's motion to dismiss plaintiff's claims

against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; dismissing

plaintiff's claims against defendant in the amended complaint in their entirety with prejudice

for failure to state a claim for relief; and directing the Clerk of the Court to enter judgment in

favor of defendant and to close this case, it is

        **ORDERED AND ADJUDGED** that plaintiff PHL Variable Insurance Company take

nothing of defendant Town of Oyster Bay; that defendant's motion to dismiss plaintiff's claims

against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted; that

plaintiff's claims against defendant in the amended complaint are dismissed in their entirety

with prejudice; and that this case is closed.


Dated:  Central Islip, New York
        June 2, 2017



                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                              By:    /s/ James J. Toritto
                                     Deputy Clerk