

Locke Lord Edwards
750 Lexington Avenue
New York, NY 10022
Telephone: 212-308-4411
Fax: 212-308-4844
www.lockelord.com

Kara M. Cormier
Direct Telephone: 212-912-2764
Direct Fax: 888-325-9539
Kara.Cormier@lockelord.com

July 13, 2015

**BY EMAIL**

Attn: L. Herman
Office of the Town Clerk
54 Audrey Avenue
Oyster Bay, NY 11771
lherman@oysterbay-ny.gov

      Re:    FOIL Request - Resolution Nos. 253-2014 & 253-2014

Dear Ms. Herman:

I am writing pursuant to the Freedom of Information Law to request copies of Resolution numbers 253-2014 and 254-2014. According to the town board meeting calendar dated April 8, 2014, these resolutions pertain to the following subject matter:

RESOLUTION NO. 253 – 2014:  Resolution authorizing the extension of the Food and Beverage Concession Agreement at the Town of Oyster Bay Golf Course Facility and for the Supervisor to execute an amendment to said agreement for capital improvements. (M.D. 3/25/14 #32).

RESOLUTION NO. 254 – 2014: Resolution authorizing the extension of the Food and Beverage Concession Agreement at TOBAY Beach and for the Supervisor to execute an amendment to said agreement for capital improvements.  (M.D. 3/25/14 #33).

Please send copies of these resolutions to my attention at Locke Lord LLP, 750 Lexington Avenue, New York, NY 10022.  Alternatively, you may send them by fax or email as listed above.  Please include an invoice so we can pay the fee.

Very truly yours,

*Kara Cormier*

Kara M. Cormier

AM 51640680.1

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown | New Orleans
New York | Orange County | Providence | Sacramento | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach