

Locke Lord Edwards
750 Lexington Avenue
New York, NY 10022
Telephone: 212-308-4411
Fax: 212-308-4844
www.lockelord.com

Kara M. Cormier
Direct Telephone: 212-912-2764
Direct Fax: 888-325-9539
Kara.Cormier@lockelord.com

July 14, 2015

**BY EMAIL**

Attn: Linda Herman
Office of the Town Clerk
54 Audrey Avenue
Oyster Bay, NY 11771
lherman@oysterbay-ny.gov

      Re:    <u>FOIL Request - Resolution Nos. 253-2014 & 253-2014</u>

Dear Ms. Herman:

As a follow up to my Freedom of Information Law request dated July 13, 2015, I am writing to request copies of any documents, packets of information, draft amendments, or memoranda submitted to the Town Board in connection with its consideration of Resolution numbers 253-2014 and 254-2014. As you may recall, those resolutions concerned amendments to the Town of Oyster Bay's Food and Beverage Concession Agreements at its golf and beach facilities.

Please send copies of these documents to my attention at Locke Lord LLP, 750 Lexington Avenue, New York, NY 10022. Alternatively, you may send them by fax or email as listed above. Please include an invoice so we can pay the fee.

Very truly yours,

*Kara Cormier*

Kara M. Cormier

AM 51679232.1

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown | New Orleans
New York | Orange County | Providence | Sacramento | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach