# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand and nineteen.

Before:  Robert A. Katzmann,
  *Chief Judge*,
 Amalya L. Kearse,
  *Circuit Judge,*
 Jeffrey A. Meyer,
  *District Judge.*\*

_____

PHL Variable Insurance Company,

    Plaintiff - Appellant,

v.

Town of Oyster Bay,

    Defendant - Appellee.

_____

**JUDGMENT**
Docket No. 18-575

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

\*Judge Jeffrey A. Meyers, of the United States Court for the District of Connecticut, sitting by designation.